UNITED STATES v. BORGFELDT.

(Circuit Court, S. D. New York. January 22, 1900.)

No. 2,898.

1. CUSTOMS DUTIES—CLASSIFICATION—UMBRELLA STICKS—PYROXYLIN.

Umbrella sticks of wood, having celluloid handles, that constitute the chief element of value in the articles, are more specifically provided for as "sticks for umbrellas," in paragraph 462, Schedule N, § 1, c. 11, Tariff Act July 24, 1897, 30 Stat. 194 (U. S. Comp. St. 1901, p. 1679), than as "articles of which * * * any compound of pyroxylin is the component material of chief value," in paragraph 17, Schedule A, § 1, c. 11, of said act, 30 Stat. 152 (U. S. Comp. St. 1901, p. 1628).

Appeal by the United States from a Decision of the Board of General Appraisers. Affirmed on appeal, 105 Fed. 1005, 44 C. C. A. 686. Note in Re Switzer, G. A. 3983.

The merchandise consists of umbrella sticks of wood, with celluloid handles, the celluloid being the component material of chief value, and was classified by the collector of customs at the port of New York as "articles of which * * * any compound of pyroxylin is the component material of chief value." The board reversed the decision of the collector, and held that the merchandise should have been classified as "sticks for umbrellas."

Charles D. Baker, Asst. U. S. Atty.

Everit Brown, for the importers.

WHEELER, District Judge. Paragraph 462, Schedule N, § 1, c. 11, of the act of July 24, 1897, 30 Stat. 194 (U. S. Comp. St. 1901, p. 1679), provides for a duty of 40 per cent. ad valorem on "sticks for umbrellas, parasols, or sun shades, and walking canes, finished or unfinished," and paragraph 17, Schedule A, § 1, c. 11, Act July 24, 1897, 30 Stat. 152 (U. S. Comp. St. 1901, p. 1628), one of 65 cents per pound and 25 per cent. ad valorem on "articles of which collodion or any compound of pyroxylin is the component material of chief value." These are sticks for umbrellas, with handles of collodion constituting the chief value. Sticks for umbrellas are specific articles, and by that name seem to be taken, by 462, out of the general description of all articles of that composition in 17.

Decision affirmed.